

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00222-CR

Jacob Cory **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8528A
Honorable Pat Priest, Judge Presiding

# O R D E R

The reporter's record was originally due July 18, 2014; however, the court has granted the reporter, Kay Gittinger, two extensions of time to file the record until September 17, 2014 — **sixty days** after it was originally due. The record has not been filed, and the reporter has not filed any further notices of late record.

We therefore **ORDER** court reporter Kay Gittinger file the record no later than **October 23, 2014**. Ms. Gittinger is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances.

We further **order** the clerk of this court to serve a copy of this order on the court reporter and all counsel. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court